IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MINOR N. M. Z., MINOR D. M. Z., MS. MS. Z., | § § § | |
| *Petitioners,* | § § § | 5:25-CV-00716-FB-RBF |
| vs. | § § § | |
| JOSE RODRIGUEZ, IN HIS OFFICIAL CAPACITY AS WARDEN OF THE DILLEY IMMIGRANT PROCESSING CENTER; SYLVESTER M ORTEGA, IN HIS OFFICIAL CAPACITY AS ACTING FIELD OFFICE DIRECTOR, SAN ANTONIO FIELD OFFICE, ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; et al. | § § § § § § § § § § § § | |
| *Respondents.* | § § | |

**ORDER**

Petitioners N.M.Z, D.M.Z, and Ms. Z, by and through counsel, filed their Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in the above-referenced case. Dkt. No. 1. Petitioners also filed a Motion for Order to Show Cause. Dkt. No. 3. **IT IS ORDERED** that Petitioners' Motion for Order to Show Cause, Dkt. No. 3, is **GRANTED**.

The Court hereby **ORDERS** Respondents to **SHOW CAUSE** by **11:59 PM on July 1, 2025**. Respondents' response should explain their position on why the Petition should not be granted or why they should be afforded additional time for more fulsome briefing. Petitioners shall have three days from the date of the response to file a reply.

**IT IS FURTHER ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition, Petitioners' Motion for Order to Show Cause, this Order, and that such delivery by certified mail return receipt

requested shall constitute sufficient service of process on Respondents: Pam Bondi, Attorney General, and Kristi Noem, Secretary of the Department of Homeland Security.

**IT IS FURTHER ORDERED** that the District Clerk shall serve the remaining Respondents: Todd Lyons, Acting Director, Immigration and Customs Enforcement (ICE); Sylvester M. Ortega, Acting Field Office Director for Detention and Removal, ICE; Sirce E. Owen, Acting Director of the Executive Office for Immigration Review; and Jose Rodriguez, Warden, Dilley Immigrant Processing Center, by certified mail return receipt requested.

**IT IS SO ORDERED.**

SIGNED this 26th day of June, 2025.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE