IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MINOR N. M. Z., MINOR D. M. Z., MS. MS. Z., | § § § | |
| | § | 5:25-CV-00716-FB-RBF |
| *Petitioners,* | § § | |
| | § | |
| vs. | § | |
| | § | |
| JOSE RODRIGUEZ, IN HIS OFFICIAL CAPACITY AS WARDEN OF THE DILLEY IMMIGRANT PROCESSING CENTER; SYLVESTER M ORTEGA, IN HIS OFFICIAL CAPACITY AS ACTING FIELD OFFICE DIRECTOR, SAN ANTONIO FIELD OFFICE, ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; et al, | § § § § § § § § § § § | |
| *Respondents.* | § § | |

**ORDER FOR SERVICE**

Before the Court is the status of the above-referenced case. On June 26, 2025, the Court ordered service by certified mail, return receipt requested, on all Respondents. *See* Dkt. No. 9. Service was attempted on Respondent Jose Rodriguez, Warden, Dilley Immigrant Processing Center via certified mail sent to the U.S. Attorney's Office, Western District of Texas, San Antonio Division. *See* Dkt. No. 12. The other Respondents in this case, all federal government entities or employees, have informed the Court that Respondent Rodriguez, as a non-federal employee, is not represented by the U.S. Attorney's Office in this case. *See* Dkt. No. 17 at 1, n. 1. Respondent Rodriguez therefore must be served separately at the below address:

    Dilley Immigration Processing Center
    300 El Rancho Way
    Dilley, Texas 78017

2

**IT IS THEREFORE ORDERED** that the United States Marshals Service shall personally serve Respondent Jose Rodriguez with service of process on or before **July 7, 2025**. The U.S. Marshals Service shall provide Respondent Rodriguez with copies of the Petition (Dkt. No. 1), Petitioners' Motion for Order to Show Cause (Dkt. No. 3), the Court's Order to Show Cause (Dkt. No. 9), the Government Respondents' Response (Dkt. No. 17), and this Order. Proof of such service shall be filed on or before **July 7, 2025**.

**IT IS FURTHER ORDERED** that on or before **July 8, 2025, at 11:59 PM**, Respondent Rodriguez shall file a notice indicating whether he wishes to join the Government's Response, Dkt. No. 17, or wishes to file a separate response to the Court's Show Cause Order, Dkt. No. 9. **IT IS FINALLY ORDERED** that, if Respondent Rodriguez wishes to file a separate response, Respondent Rodriguez shall file a response on or before **July 11, 2025, at 11:59 PM**.

**IT IS SO ORDERED.**

SIGNED this 2nd day of July, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE